Kurt Ramlo (SBN 166856)
LEVENE, NEALE, BENDER, YOO &
BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: KR@LNBYB.COM

Proposed Attorneys for Edward M. Wolkowitz,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 24 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor. | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7<br><br>**Order Granting Application of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel**<br><br>[No Hearing Required – LBR 9013-1(o)] |

The Court considered the application (the "Application") of Edward M. Wolkowitz, the Chapter 7 Trustee (the "Trustee") for the estate of Interworks Unlimited Inc., the Chapter 7 debtor herein (the "Debtor"), for authority to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), as general bankruptcy counsel effective as of July 31, 2019 and all papers filed by the Trustee in support of the Application. Proper notice of the Application was provided in accordance with Local Rule 2014-1(b)(2) and no objection to the Application was filed, timely or untimely.

1    It appears that LNBYB's employment is in the best interest of the Trustee and the Debtor's estate.  Good cause appearing, **IT IS ORDERED** that the Application is **GRANTED** and Trustee's employment of LNBYB as his general bankruptcy counsel is approved upon the terms set forth in the Application, with such employment effective as of July 31, 2019.

### #

Date: September 24, 2019

Vincent P. Zurzolo
United States Bankruptcy Judge

2