United States Bankruptcy Court
Central District of California

In re:  
Interworks Unlimited Inc.  
     Debtor

Case No. 19-17990-VZ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Oct 30, 2019  
                Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db       +E-mail/PDF: eric@interworks-usa.com Oct 31 2019 04:03:38     Interworks Unlimited Inc.,  
       2418 Peck Road,   City of Industry, CA 90601-1604  
                                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:

        David G Skillman   on behalf of Interested Party   Courtesy NEF dskillman@tuttleyick.com  
        Edward M Wolkowitz (TR)    emwtrustee@lnbyb.com,   ewolkowitz@iq7technology.com  
        Harlan M Lazarus   on behalf of Creditor   Digital Gadgets, LLC hlazarus@lazarusandlazarus.com  
        James Andrew Hinds, Jr   on behalf of Interested Party   Courtesy NEF jhinds@jhindslaw.com,  
         mduran@jhindslaw.com  
        James Andrew Hinds, Jr   on behalf of Creditor   Vecron Exim Ltd. jhinds@jhindslaw.com,  
         mduran@jhindslaw.com  
        Jeffrey L Sumpter   on behalf of Financial Advisor   CBIZ Valuation Group LLC  
         jsumpter@epiqtrustee.com,   jsumpter@cbiz.com  
        Jeffrey L Sumpter   on behalf of Trustee Edward M Wolkowitz (TR) jsumpter@epiqtrustee.com,  
         jsumpter@cbiz.com  
        Kurt Ramlo   on behalf of Interested Party   Courtesy NEF kr@lnbyb.com,   kr@ecf.inforuptcy.com  
        Kurt Ramlo   on behalf of Trustee Edward M Wolkowitz (TR) kr@lnbyb.com,   kr@ecf.inforuptcy.com  
        Michael W Davis   on behalf of Creditor   Digital Gadgets, LLC mdavis@bg.law,   ecf@bg.law  
        Sandford L. Frey   on behalf of Debtor   Interworks Unlimited Inc. sfrey@leechtishman.com,  
         lmoya@leechtishman.com;dmulvaney@leechtishman.com  
        Scott H Siegel   on behalf of Interested Party   Courtesy NEF ssiegel@laklawyers.com,  
         smcfadden@laklawyers.com;nlessard@laklawyers.com  
        Steven N Kurtz   on behalf of Interested Party   Courtesy NEF skurtz@laklawyers.com,  
         nlessard@laklawyers.com;smcfadden@laklawyers.com  
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                            TOTAL: 14

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMES ANDREW HINDS, JR. (SBN 71222)<br>jhinds@jhindslaw.com<br>PAUL R. SHANKMAN (SBN 113608)<br>pshankman@jhindslaw.com<br>RACHEL M. SPOSATO (SBN 306045)<br>rsposato@jhindslaw.com<br>HINDS & SHANKMAN, LLP<br>21257 Hawthorne Blvd., Second Floor<br>Torrance, California 90503<br>Telephone: (310) 316-0500<br>Facsimile:  (310) 792-5977<br><br>Attorneys for Creditor: VECRON EXIM LTD<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | **FILED & ENTERED**<br><br>OCT 30 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>INTERWORKS UNLIMITED INC.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-17990-VZ<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)**<br><br>DATE:  October 29, 2019<br>TIME:   10:00 a.m.<br>COURTROOM: 1368<br>PLACE:  255 E. Temple Street<br>                Los Angeles, CA 90012 |

**MOVANT:** VECRON EXIM LTD

1. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

Name of Nonbankruptcy Action:  *Vecron Exim, Ltd. v. Immersive Play Inc.*, Case No. KC 069 570

　　Docket number:  Case No. KC 069 570

　　Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

　　Superior Court of California, County of Los Angeles, East District

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3.  Because the Motion is unopposed, the Motion is granted under:   11 U.S.C. § 362(d)(1).

4.  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
    a.  ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.
    b.  ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.
    c.  ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5.  **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a.  ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.
    b.  ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6.  This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7.  ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8.  ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9.  ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐ Other *(specify)*:

###

Date: October 30, 2019

Vincent P. Zurzolo
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                              Page 2                          F 4001-1.RFS.NONBK.ORDER