| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd C. Ringstad (State Bar No. 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>23101 Lake Center Drive<br>Suite 355<br>Lake Forest, CA 92630<br>Telephone: 949 851-7450  Facsimile: 949 851-6926<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re   Multiple Parties (Please See Attached List)

                                                        Debtor(s),

                                                        Plaintiff(s),

                                    vs.

                                                        Debtor(s).

CHAPTER

CASE NUMBER

☑ ADVERSARY NUMBER (if applicable)
☑ See attached list for multiple cases that require an update to the attorneys information

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Todd C. Ringstad_____, __97345_____, __todd@ringstadlaw.com_____
              *Name*                              *Bar ID Number*                     *E-Mail Address*

❏ am **counsel of record** or
   ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

❏ am **counsel of record** or
   ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _23101 Lake Center Drive, Suite 355, Lake Forest, CA 92630_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 7/14/25                                              _[signature]_
                                                             Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

|                     |                                                 |
|---------------------|-------------------------------------------------|
| 2:19-bk-17990 VZ    | Interworks Unlimited Inc.                       |
| 2:21-ap-01146 VZ    | Wolkowitz v. Kim                                |
| 2:21-ap-01144 VZ    | Wolkowitz v. Lu                                 |
| 2:21-ap-01147 VZ    | Wolkowitz v. Lu                                 |
| 2:21-bk-16800 BB    | World Service West/LA Inflight Service Company LLC |
| 6:23-bk-11677 SY    | Silver Creek Industries LLC                     |
| 6:23-bk-12165 SY    | Silver Creek Leasing LLC                        |
| 6:23-bk-12157 SY    | Silver Creek Industries RS, LLC                 |
| 8:18-bk-13311 SC    | Ruby's Diner, Inc.                              |
| 8:19-bk-10814 SC    | M3Live Bar & Grill, Inc.                        |
| 8:21-bk-11886 SC    | Haah Automotive Holdings Inc.                   |
| 8:21-bk-12231 SC    | Elite Aerospace Group, Inc.                     |
| 8:22-bk-11383 SC    | Hero Nutritionals, LLC                          |
| 8:22-bk-11918 SC    | Advanced Gas Products Inc.                      |
| 8:23-bk-10571 SC    | The Litigation Practice Group P.C.              |
| 8:23-bk-10702 SC    | Pro Crete Resources, Inc.                       |
| 8:24-bk-10655 SC    | Modus Systems LLc                               |
| 8:24-bk-11522 SC    | Piecemakers                                     |
| 8:24-bk-12674 SC    | The Original Mowbray's Tree Service, Inc.       |
| 8:25-bk-10301 SC    | Lilly Industries Inc.                           |
| 8:25-bk-10535 SC    | Eleganza Tiles Inc.                             |
| 8:25-bk-10542 SC    | Mowbray Waterman Property, Inc.                 |
| 8:25-bk-10543 SC    | Robin Elaine Mowbray                            |
| 8:25-bk-11344 SC    | Best Cheer Stone, Inc.                          |
| 9:17-bk-11579 DS    | Robert Hesselegesser M.D.                       |
| 9:24-bk-10178 RC    | BroBasket California LLC                        |