JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: jmr@lnbyg.com

Attorneys Edward M. Wolkowitz,
Chapter 7 Trustee for bankruptcy estate of
Interworks Unlimited Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor. | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S THIRD OMNIBUS MOTION FOR ORDER APPROVING COMPROMISES OF CONTROVERSIES**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**PLEASE TAKE NOTICE** that Edward M. Wolkowitz, Chapter 7 Trustee (the "Trustee") for bankruptcy estate (the "Estate") of Interworks Unlimited Inc. (the "Debtor"), has filed a motion with this Court for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy procedure and Rule 9013-1(o) of the Local Bankruptcy Rules approving certain compromises of controversies (the "Motion").

The compromises that are the subject of the Motion (the "Compromises") will resolve the Trustee's claims against various defendants who previously settled claims concerning, among other things, avoid and recover transfers pursuant to 11 U.S.C. §§ 544, 547, and/or 548, and 550. By the Compromises, the Trustee will recover a total of approximately $25,000 for the estate, which will benefit the estate and its creditors. The Compromises are based upon the

1

earlier settlement pending between the Trustee and the three adversary defendants who were the subject to the Second Omnibus Motion for Order Approving Compromises of Controversies [ECF Docket Nos. 165, 170] (the "Second Omnibus 9019 Order").  The adversary defendants who were to make settlement payments to the Estate in accordance with the Second Omnibus 9019 Order were F&J Group LLC ("F&J"), Eric Lu, and Esther Kim (collectively, the "Settling Defendants").  The Settling Defendants who were subject to the Second Omnibus 9019 Order made an initial payment of $90,000 and subsequent installment payments totaling $75,000 in the time since the Second Omnibus 9019 Order was entered on July 3, 2024.  Thus, as of December 31, 2025, the Settling Defendants had paid a total of $165,000 out of the $210,000 total settlement amount.  Thus, as of December 31, 2025, the Settling Defendants have yet to pay $45,000 remaining on the Settlement.  The original settlement which was to be paid in monthly installments of $5,000 through June of 2026.

In or around October of 2025, the Settling Defendants began to express to the Trustee doubts about their ability to make the final payments required under the settlement agreement previously reached with the Trustee.  Given the cost an expense that the Estate would incur pursuing collecting on a judgment against the Settling Defendants (which ability to collect remains in doubt) the Trustee agreed to accept (subject to this Court's approval) an offer an immediate onetime payment to the Estate of twenty-five thousand dollars ($25,000), in full and final settlement, rather than wait to see if the $45,000 remaining outstanding would be paid by the final installment date of June 14, 2026.

Thus, this Motion seeks approval of the Estate's Compromises of claims against the Settling Defendants in accordance with the offer for a one-time $25,000 dollar payment instead of the $45,000 in funds to be collected over the course of the next several months, which recovery appears increasingly uncertain.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon 11 U.S.C. §§ 105 and 323(a), Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, and Rule 9013-1(o) of the Local Bankruptcy Rules; the Memorandum of Points and Authorities and Declaration of Edward M. Wolkowitz attached to the Motion, this Notice of the Motion filed with the Court

1   and served upon all interested parties; all pleadings and records on file herein; all matters which
2   are subject to judicial notice; and all other evidence which may be introduced at or prior to any
3   hearing on the Motion (if any). The Motion is made on the grounds that the Compromises are in
4   the best interest of the estate and is an exercise of the Trustee's reasonable business judgment.

5   **PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained from
6   the Clerk of the Bankruptcy Court or reviewed at the Office of the Clerk of the Bankruptcy
7   Court. Persons desiring a copy of the Motion may also receive one by making a written request
8   for a copy of the Motion to Joseph M. Rothberg of Levene, Neale, Bender, Yoo & Golubchik,
9   L.L.P., 2818 La Cienega, Los Angeles, CA 90034; facsimile: (310) 229-1244; email:
10  jmr@lnbyg.com.

11  **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o)(1)
12  requires that any response and request for a hearing on the Motion must be filed with the Court
13  and served on the Trustee and the Office of the United States Trustee within fourteen (14) days
14  after the date of service of this Notice, plus 3 additional days if the notice was served by mail,
15  electronically, or pursuant to Fed. R. Civ. Pro. Rule 5(b)(2)(D) or (F).

16  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-
17  (1)(h), failure to timely file and serve response to the Motion may be deemed to be consent to
18  the granting of the Motion.

19  **WHEREFORE**, the Trustee will respectfully request that this Court enter an order:

20  1.   Determining that adequate notice of the Motion was provided to all interested
21  parties;

22  2.   Granting the Motion;

23  3.   Approving the Compromises of controversies with the Settling Parties as being in
24  the best interest of the estate and an exercise of the Trustee's reasonable business judgment;

25  4.   Authorizing the Trustee to execute any and all documents necessary to effectuate
26  the Compromises that are the subject of this Motion; and

27  5.   Granting any and other further relief as may be just and proper.

28

DATED: January 27, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: _____
JOSEPH M. ROTHBERG
Attorneys Edward M. Wolkowitz,
Chapter 7 Trustee for bankruptcy estate of
Interworks Unlimited

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **Notice Of Trustee's Third Omnibus Motion For Order Approving Compromises Of Controversies** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Mark David Brutzkus    mbrutzkus@stubbsalderton.com
- Glenn Ward Calsada    glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,lauren@calsadalaw.com
- Gretchen S Carner    gretchens.carner@clydeco.us, kathy.rollins@clydeco.us
- Michael G D'Alba    mgd@lnbyg.com
- Michael W Davis    mdavis@dtolaw.com, ygodson@dtolaw.com
- Sandford L. Frey    sandford.frey@stinson.com, lydia.moya@stinson.com;robyn.sokol@stinson.com;dennette.mulvaney@stinson.com;jnaiya.herd@stinson.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Peter L Isola    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com
- Steven N Kurtz    skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- Harlan M Lazarus    hlazarus@lazarusandlazarus.com, ctoth@lazarusandlazarus.com
- Jared H Louzon    jared@mizlegal.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Tom Roddy Normandin    tnormandin@pnbd.com, cathyjones@pnbd.com
- Jiangang Ou    jou@archerlaw.com
- Michael J Perry    mjp@michaeljperrylaw.com, mjperrylaw@gmail.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Scott H Siegel    ssiegel@laklawyers.com, smcfadden@laklawyers.com
- David G Skillman    dskillman@tuttleyick.com
- Jeffrey L Sumpter    jsumpter1@cox.net
- Ashley M Teesdale    ateesdale@bg.law, ecf@bg.law
- David A. Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Rebecca L Wilson    rwilson@ohaganmeyer.com, Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com
- Edward M Wolkowitz    emw@lnbyg.com
- Edward M Wolkowitz (TR)    emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com

**2. SERVED BY UNITED STATES MAIL**: On **January 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 27, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**