JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: jmr@lnbyg.com

Attorneys Edward M. Wolkowitz,
Chapter 7 Trustee for bankruptcy estate of
Interworks Unlimited Inc.

**FILED & ENTERED**

**FEB 26 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor. | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S THIRD OMNIBUS MOTION FOR ORDER APPROVING COMPROMISES OF CONTROVERSIES**<br><br>[No Hearing Required Unless Requested Pursuant to LBR 9013-1(o)] |

The Court considered the *Trustee's Third Omnibus Motion For Order Approving Compromises Of Controversies* (the "Omnibus Motion")[1] [Doc No. 215] filed by Edward M. Wolkowitz, Chapter 7 Trustee (the "Trustee") for the estate of *In re Interworks Unlimited Inc.*, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Rule 9013-1(o) of the

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Omnibus Motion.

1

Local Bankruptcy Rules, for an order approving the Compromises with the Settling Parties. No parties filed a response or request for a hearing. Good cause appearing,

**IT IS ORDERED:**

(1) The Omnibus Motion is granted;

(2) The Compromises of controversies with the Settling Parties are approved; and

(3) The Trustee is authorized to execute any and all documents necessary to effectuate the Compromises that are the subject of the Omnibus Motion.

###

Date: February 26, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge