United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-17990-VZ |
| Interworks Unlimited Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Interworks Unlimited Inc., 2418 Peck Road, City of Industry, CA 90601-1604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley M Teesdale | on behalf of Defendant Eric H. Lu ateesdale@bg.law  ecf@bg.law |
| Ashley M Teesdale | on behalf of Defendant Timo Group  Inc. ateesdale@bg.law, ecf@bg.law |
| Ashley M Teesdale | on behalf of Defendant F & J Group  LLC ateesdale@bg.law, ecf@bg.law |
| Ashley M Teesdale | on behalf of Defendant Tom Rosenbaum ateesdale@bg.law  ecf@bg.law |
| Ashley M Teesdale | on behalf of Defendant Esther Kim ateesdale@bg.law  ecf@bg.law |
| Ashley M Teesdale | on behalf of Defendant Chu Ting Lu ateesdale@bg.law  ecf@bg.law |

Case 2:19-bk-17990-VZ    Doc 220    Filed 02/28/26    Entered 02/28/26 21:20:57    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: pdf042 | Total Noticed: 1 |

David A. Tilem
on behalf of Interested Party Courtesy NEF davidtilem@tilemlaw.com DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com

David A. Tilem
on behalf of Defendant Steven Leung davidtilem@tilemlaw.com DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com

David G Skillman
on behalf of Interested Party Courtesy NEF dskillman@tuttleyick.com

E. Christine Hehir
on behalf of Defendant BANK OF AMERICA  N.A. christine.hehir@troutman.com, LitigationDocketRequests@troutman.com;Carla.Llarena@troutman.com;Hilary.Barton@troutman.com

Edward M Wolkowitz
on behalf of Interested Party Courtesy NEF emw@lnbyg.com

Edward M Wolkowitz (TR)
emwtrustee@lnbyg.com  ecf.alert+Wolkowitz@titlexi.com

Glenn Ward Calsada
on behalf of Defendant Hai Ou Yang glenn@calsadalaw.com lnw@calsadalaw.com;glenncalsada@gmail.com,lauren@calsadalaw.com

Gretchen S Carner
on behalf of Interested Party Federal Insurance Company  an Indiana Corporation gretchens.carner@clydeco.us, kathy.rollins@clydeco.us

Harlan M Lazarus
on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company hlazarus@lazarusandlazarus.com, ctoth@lazarusandlazarus.com

Harlan M Lazarus
on behalf of Creditor Digital Gadgets  LLC hlazarus@lazarusandlazarus.com, ctoth@lazarusandlazarus.com

James Andrew Hinds, Jr
on behalf of Interested Party Courtesy NEF jhinds@hindslawgroup.com;mduran@hindslawgroup.com mduran@hindslawgroup.com

James Andrew Hinds, Jr
on behalf of Creditor Vecron Exim Ltd. jhinds@hindslawgroup.com;mduran@hindslawgroup.com  mduran@hindslawgroup.com

Jared D Bissell
on behalf of Defendant Capital One Bank (USA)  N.A. jared.bissell@troutman.com, carla.llarena@troutman.com;LitigationDocketRequests@troutman.com;LitigationDocket@troutman.com

Jared H Louzon
on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company jared@mizlegal.com

Jeffrey L Sumpter
on behalf of Trustee Edward M Wolkowitz (TR) jsumpter1@cox.net

Jeffrey L Sumpter
on behalf of Financial Advisor CBIZ Valuation Group  LLC. jsumpter1@cox.net

Jeffrey L Sumpter
on behalf of Financial Advisor Menchaca & Company LLP jsumpter1@cox.net

Jeffrey L Sumpter
on behalf of Financial Advisor CBIZ Valuation Group LLC jsumpter1@cox.net

Jiangang Ou
on behalf of Defendant New High-Tech Enterprise Company  Inc. James.Ou@FisherBroyles.com

Joseph M Rothberg
on behalf of Trustee Edward M Wolkowitz (TR) jmr@lnbyg.com  jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
on behalf of Plaintiff Edward M. Wolkowitz jmr@lnbyg.com  jmr.LNBYG@ecf.inforuptcy.com

Kurt Ramlo
on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik, L.L.P. RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
on behalf of Plaintiff Edward M. Wolkowitz RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
on behalf of Plaintiff Edward M Wolkowitz RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf042 | Total Noticed: 1 |

Kurt Ramlo
    on behalf of Trustee Edward M Wolkowitz (TR) RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Mark David Brutzkus
    on behalf of Creditor Digital Gadgets  LLC mbrutzkus@stubbsalderton.com

Mark David Brutzkus
    on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company mbrutzkus@stubbsalderton.com

Michael G D'Alba
    on behalf of Trustee Edward M Wolkowitz (TR) mgd@lnbyg.com

Michael G D'Alba
    on behalf of Plaintiff Edward M. Wolkowitz mgd@lnbyg.com

Michael J Perry
    on behalf of Defendant New High-Tech Enterprise Company  Inc. mjp@michaeljperrylaw.com, mjperrylaw@gmail.com

Michael W Davis
    on behalf of Creditor Digital Gadgets  LLC mdavis@dtolaw.com, ygodson@dtolaw.com

Noreen A Madoyan
    on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Peter L Isola
    on behalf of Defendant The Lincoln National Life Insurance Company  an Indiana Corporation pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com

Peter L Isola
    on behalf of Creditor The Lincoln National Life Insurance Company pisola@hinshawlaw.com rmojica@hinshawlaw.com,iking@hinshawlaw.com

Rebecca L Wilson
    on behalf of Creditor Sheri Wade rwilson@ohaganmeyer.com  Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com

Sandford L. Frey
    on behalf of Debtor Interworks Unlimited Inc. sandford.frey@stinson.com lydia.moya@stinson.com;robyn.sokol@stinson.com;dennette.mulvaney@stinson.com;jnaiya.herd@stinson.com

Scott H Siegel
    on behalf of Interested Party Courtesy NEF ssiegel@laklawyers.com  smcfadden@laklawyers.com

Steven N Kurtz
    on behalf of Interested Party Courtesy NEF skurtz@lakklawyers.com  ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Todd C. Ringstad
    on behalf of Defendant Chu Ting Lu becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
    on behalf of Defendant Esther Kim becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
    on behalf of Defendant Eric H. Lu becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
    on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
    on behalf of Defendant Timo Group  Inc. becky@ringstadlaw.com, arlene@ringstadlaw.com

Todd M Arnold
    on behalf of Plaintiff Edward M. Wolkowitz tma@lnbyg.com

Todd M Arnold
    on behalf of Trustee Edward M Wolkowitz (TR) tma@lnbyg.com

Todd M Arnold
    on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik, L.L.P. tma@lnbyg.com

Todd M Arnold
    on behalf of Defendant BANK OF AMERICA  N.A. tma@lnbyg.com

Todd M Arnold
    on behalf of Plaintiff Edward M Wolkowitz tma@lnbyg.com

Todd M Arnold
    on behalf of Defendant Capital One Bank (USA)  N.A. tma@lnbyg.com

Tom Roddy Normandin
    on behalf of Defendant SOFTWARE PACKAGING ASSOCIATES  INC., also known as SPA Inc. tnormandin@pnbd.com,

| District/off: 0973-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: pdf042 | Total Noticed: 1 |

cathyjones@pnbd.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 58

JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: jmr@lnbyg.com

Attorneys Edward M. Wolkowitz,
Chapter 7 Trustee for bankruptcy estate of
Interworks Unlimited Inc.

**FILED & ENTERED**

**FEB 26 2026**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor.<br>_____ | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S THIRD OMNIBUS MOTION FOR ORDER APPROVING COMPROMISES OF CONTROVERSIES**<br><br>[No Hearing Required Unless Requested Pursuant to LBR 9013-1(o)] |

The Court considered the *Trustee's Third Omnibus Motion For Order Approving Compromises Of Controversies* (the "Omnibus Motion")[1] [Doc No. 215] filed by Edward M. Wolkowitz, Chapter 7 Trustee  (the "Trustee") for the estate of *In re Interworks Unlimited Inc.,* pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Rule 9013-1(o) of the

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Omnibus Motion.

1

Local Bankruptcy Rules, for an order approving the Compromises with the Settling Parties. No parties filed a response or request for a hearing. Good cause appearing,

**IT IS ORDERED:**

(1)    The Omnibus Motion is granted;

(2)    The Compromises of controversies with the Settling Parties are approved; and

(3)    The Trustee is authorized to execute any and all documents necessary to effectuate the Compromises that are the subject of the Omnibus Motion.

### #

Date: February 26, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge