JEFFREY L. SUMPTER (SBN 118363)
Menchaca & Company, LLP
835 Wilshire Blvd., Ste. 300
Los Angeles, CA 90017
jsumpter@menchacacpa.com
Telephone No.      (310) 922-0920
Facsimile No.      (213) 683-1883

Financial Advisors and Consultants for Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

INTERWORKS UNLIMITED, INC.,

Debtor.

Case No. Case No. 2:19-bk-17990-VZ

Chapter 7

**FINAL APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES OF MENCHACA & COMPANY, LLP AS FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE; DECLARATIONS OF JEFFREY L. SUMPTER AND TRUSTEE IN SUPPORT THEREOF**

Date: tbd
Time: tbd
Place: Courtroom tbd
       255 E. Temple St.
       Los Angeles, CA

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS AND OTHER INTERESTED PARTIES:

1                                                      APPLICATION

Menchaca & Company, LLP (the "Applicant"), financial advisors and consultants for Edward M. Wolkowitz, Chapter 7 Trustee (the "Trustee") in this Chapter 7 case, in support of its final application for allowance of fees and reimbursement of expenses pursuant to 11 U.S.C. §§ 328, 330 and 331, represents as follows:

**INTRODUCTION**

1. This case was commenced by the above-captioned Debtor's (the "Debtor") filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Applicant was employed as the Trustee's financial advisors and consultants pursuant to this Court's order, effective as of June 2, 2021. This is Applicant's final fee application in this case. Applicant filed a second interim fee application which covered Applicant's services rendered in this case from July 1, 2022 through July 31, 2024 and requested fees of $27,399.50, of which $15,000.00 was approved for payment and has been paid on an interim basis, leaving an unpaid balance still due of $12,399.50. Applicant filed a first interim fee application in this case requesting Court approval of fees incurred of $21,058.00 for Applicant's services rendered from June 2, 2021 through June 30, 2022, which was heard on September 29, 2022 and approved by the Court. As a result, Applicant has received a prorated interim payment of $5,685.34 thereon, leaving an unpaid balance still due of $15,372.76. The unpaid balance of Applicant's prior two fee applications is $27,772.26, which is now being requested to be paid along with Applicant's additional fees and costs incurred after August 1, 2024. Applicant was employed by the Trustee for the benefit of the estate and its creditors to identify and investigate potential assets of the estate, analyze and investigate avoidable transfers made by the Debtor, provide litigation support, valuation, expert witness and tax services, and provide such other financial advisory and consulting services as requested by the Trustee. Applicant

APPLICATION

has diligently performed those services at the request and direction of the Trustee and his counsel.

## SUMMARY OF THE FIRM'S ACTIVITIES IN THE CASE AS FINANCIAL ADVISORS AND CONSULTANTS FOR THE TRUSTEE

2. From August 1, 2024 through the date hereof (the final period covered by this fee application), Applicant has rendered valuable services to the estate in the following areas.

### Tax Services

3. As authorized by the Trustee, Applicant reviewed and reconstructed business records of the Debtor and analyzed the tax consequences related to the Trustee's recovery of estate assets. Applicant prepared the requisite accounting of activity and prepared the federal and state income tax returns, along with the accompanying notes and correspondence to the taxing authorities required to be filed by the Trustee to account for the activity of the estate for the 7 tax years from 2019 forward.

4. These services required 56.6 hours and $24,605.50 in fees during the final period covered hereby.

### Employment/Fee Applications

5. Included in this category are fees relating to the preparation, review and filing of pleadings relative to the firm's interim and final fee applications, and related exhibits and notices, declarations, and order thereon.

6. These services required 12.0 hours and $6,363.00 in professional fees during the final period covered hereby.

## ANALYSIS OF FEES AND COSTS

7. From August 1, 2024 through the date hereof, Applicant incurred 68.6 and $30,968.50 in fees. Applicant incurred $592.05 in out-of-pocket expenses. Exhibit "A"

3                                         APPLICATION

attached hereto includes a summary invoice of professional fees and costs insurred during this final period which is supported by the computerized time detail regularly maintained by Applicant in the ordinary course of business.

8.    The breakdown of fees by individual participant is summarized in Exhibit "B" attached hereto.

9.    Applicant's blended hourly billing rate for those services in this case was $451.00.

## STANDARD FOR REVIEWING FEE APPLICATION AND REIMBURSEMENT OF EXPENSES

10.    In Johnson v. Georgia Highway Express, Inc., 488 F.2d 719 (5th Circuit 1974), the Court set forth factors for determining a reasonable allowance of professional fees.  These factors were made applicable to bankruptcy cases through In re First Colonial Corporation of America, 544 F.2d 1291, 1299 (5th Circuit 1977), cert. denied, 431 U.S. 904 (1977), and they are now substantially codified in Section 330(a) of the Bankruptcy Code. These factors are applicable in the case at bar as follows:

**A.    Time and Labor Required**

Applicant has expended 68.6 hours in additional services on this case.  The above description of the Firm's participation as the financial advisors and consultants for the Trustee amply justify this expenditure of time.

**B.    Novelty and Difficulty of the Questions**

This case has presented several unique and difficult issues with which the Applicant had to identify and resolve as mentioned above in the Summary of the Firm's Activities.

**C.    Skill Required to Perform the Services Properly**

The detail provided in the body of this fee application illustrates the necessity of the

APPLICATION

Applicant's exceptional knowledge and skills in fulfilling its obligations to the Trustee.

**D.    Customary Fees**

The rates charged by the Applicant and staff are normal charges on work performed on these matters, without considering size and degree of responsibility, difficulty, complexity, or results achieved.

**E.    Whether the Fee is Fixed or Contingent**

As in all bankruptcy proceedings, the Firm's fees in connection with serving as the financial advisors and consultants for the Trustee in this Chapter 7 case are subject to the discretion of the Court in determining the value of the services rendered to the estate, and are subject to the availability of the funds of the estate.

**F.    Experience, Reputation and Ability of Firm**

Applicant has extensive knowledge in the real estate, corporate, commercial and insolvency areas of finance.  The professionals of Applicant providing services on behalf of the Trustee have considerable experience and resources available, which have greatly assisted them in rendering such services.  Business consultants with lesser experience or available resources might have required additional time and costs to complete the assignment.

Applicant routinely serves as financial advisors, business consultants, tax analysts or crisis manager in other cases in which attorneys and/or trustees are members or associates of firms which may represent interested parties in the within case. Applicant believes that no conflict of interest results therefrom.

**STATEMENT OF CLIENT PURSUANT TO THE GUIDELINES OF THE OFFICE OF THE UNITED STATES TRUSTEE**

11.    This fee application is being served upon the Trustee, United States Trustee,

5                                                                        APPLICATION

Debtor, and counsel, if any.  Applicant believes that subsequent to a review hereof, the Trustee will indicate he has reviewed such fee application and has no objection thereto. Such statement and/or comments will be filed with this Court upon its return to Applicant.

**FUNDS ON HAND IN THE DEBTOR'S ESTATE**

12.    Applicant has been informed that the Trustee has over $229,000 in cash on hand, which is sufficient to pay Applicant's fees, along with other allowed administrative claims at least on a prorated final basis.

**CONCLUSION**

13.    Accordingly, Applicant submits that its requested fees are reasonable and the services rendered were of substantial benefit to the estate; the fees requested should therefore be allowed for payment.

**WHEREFORE**, Applicant prays that this Court enter its order allowing and approving this Application, approving Applicant's prior two interim fee applications on a final basis, approving the Trustee's payment of Applicant's prior unpaid fees incurred of $27,772.26 from Applicant's prior two interim fee applications along with approval and the Trustee's payment of Applicant's additional fees incurred of $30,968.50 and costs incurred of $592.05 for the final period covered hereby, for a combined total due of $58,740.76 in fees and $592.05 in costs from estate funds on a final basis, and for such other relief as approved by the Court.

DATED: May 28, 2026                    Menchaca & Company, LLP

By: _____
Jeffrey L. Sumpter
Financial Advisors for Trustee

APPLICATION

## DECLARATION OF JEFFREY L. SUMPTER

I, Jeffrey L. Sumpter, declare:

1.      I am an attorney licensed to practice by the state of California and a CPA licensed to practice by the states of Nevada and Arizona. I am a managing director in the firm of Menchaca & Company, LLP (the "Applicant"), financial advisors and consultants for the Trustee herein.

2.      The following statements are made based on facts within my personal knowledge, unless stated on information and belief, and as to such statements I believe them to be true and if called upon as a witness, I could and would testify competently thereto.

3.      In the ordinary course of its business the Applicant maintains a record of all time expended by its professionals on a computerized time and billing system. At or near the time professional services are rendered, professionals of the Applicant prepare a written record or make an entry directly into the computer billing system for the time expended including a detailed description of the services provided. This information is entered into the Firm's computerized billing system and extended by the applicable billing rates for each professional. At any time a reimbursable charge is incurred on behalf of a client, a record is likewise made and entered into the computer. The Applicant conducts its business in reliance upon the accuracy of such records. At the appropriate time for making a fee application, a computerized listing of all time and expense items is prepared and the totals of such items are transcribed to a Summary Invoice covering the period for which the services were rendered.

4.      Attached hereto are Exhibits "A" through "D" which includes the Professional Fee Statement, Professional Activity Summary, Monthly Summary of Fees, and Resumes of Applicant's professionals, covering the period August 1, 2024 through the date hereof, which includes all applicable detail time charges during the final period covered hereby for which Applicant is seeking to be compensated on a final basis, along with Applicant's prior

7                                                                    APPLICATION

unpaid fees. The attached exhibits include true and accurate compilations of the time spent in this matter for which compensation is being sought herein.

5.  No agreement or understanding between the Applicant and any other entity exists for the sharing of any compensation received or to be received by Applicant for services rendered by the Applicant in connection with this case.

6.  I have personally reviewed the fee application to which this Declaration is attached to eliminate any duplicate charges and/or staff training time and have determined that (i) all charges contained therein were necessary and reasonable in the circumstances and (ii) such fee application complies with the Guidelines of the Office of the United States Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of May, 2026 at Phoenix, Arizona.

Jeffrey L. Sumpter

8

APPLICATION

## DECLARATION OF EDWARD M. WOLKOWITZ

I, Edward M. Wolkowitz, declare as follows:

1.    I am the duly qualified and appointed Trustee for the Debtor's case herein. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify thereto. I submit this Declaration in support of the Final Application for Allowance and Payment of Fees and Reimbursement of Expenses of the Financial Advisors and Consultants for Trustee (the "Application").

2.    I have reviewed the Application and the billing statements of Menchaca & Company, LLP attached thereto. I have no objection to the Application or the billing statements. The fees and costs incurred are reasonable and are based on actual and necessary services. Accordingly, I fully support the Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of May, 2026 at Los Angeles, California.

Edward M. Wolkowitz,
Trustee

9                                                          APPLICATION

**Bankruptcy Estate of Interworks Unlimited Inc.**
**Filing: 2:19-bk-17990-VZ**
Summary of Time & Expenses

| Date | Service | Description | Professional | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| | **Employment and Fee Applications:** | | | | | |
| 8/6/2024 | | Prepare second interim fee application | J. Sumpter | 0.2 | $570 | $114.00 |
| 8/6/2024 | | Preparation of schedules for second interim fee application. | L. Lee | 0.5 | $425 | $212.50 |
| 8/9/2024 | | Preparation of schedules for second interim fee application. | L. Lee | 1.4 | $425 | $595.00 |
| 8/12/2024 | | Prepare second interim fee application | J. Sumpter | 1.6 | $570 | $912.00 |
| 8/13/2024 | | Review second interim fee application as discussed with J. Sumpter. | L. Lee | 0.2 | $425 | $85.00 |
| 8/14/2024 | | Prepare second interim fee application | J. Sumpter | 0.9 | $570 | $513.00 |
| 8/27/2024 | | Interim fee application preparation | J. Sumpter | 0.2 | $570 | $114.00 |
| 9/4/2024 | | Prepare and file 2nd interim fee application | J. Sumpter | 0.9 | $570 | $513.00 |
| 9/26/2024 | | Review tentative ruling and prepare order re interim fee application | J. Sumpter | 0.2 | $570 | $114.00 |
| 4/20/2026 | | Prepare final fee application | J. Sumpter | 1.6 | $585 | $936.00 |
| 4/24/2026 | | Prepare final fee application | J. Sumpter | 0.8 | $585 | $468.00 |
| 5/5/2026 | | Prepare fee application | J. Sumpter | 0.2 | $585 | $117.00 |
| 5/27/2026 | | Prepare final fee application | J. Sumpter | 1.5 | $585 | $877.50 |
| 5/27/2026 | | Prepare exhibits for final fee application | L. Lee | 1.8 | $440 | $792.00 |
| | | | **Subtotal:** | **12.0** | | **$6,363.00** |
| | **Tax:** | | | | | |
| 10/4/2024 | | Review of tax and Pacer documents for preparation of income tax returns. Analysis of tax issues to the estate. | R. Coats | 1.4 | $385 | $539.00 |
| 10/18/2024 | | Review of tax and Pacer documents for preparation of income tax returns. Analysis of tax issues to the estate. | R. Coats | 1.0 | $385 | $385.00 |
| 11/19/2024 | | Reviewing Debtor's 2018 pre-petition financial statements and income tax return. Preparation of 2019 working trial balance (tax work-papers). | R. Coats | 2.8 | $385 | $1,078.00 |
| 11/19/2024 | | Preparation of 2018 Federal and California Corporation income tax returns. | R. Coats | 1.0 | $385 | $385.00 |
| 11/20/2024 | | Preparation of 2018 Federal and California Corporation income tax returns. | R. Coats | 2.7 | $385 | $1,039.50 |

**EXHIBIT "A"**

| Date | Service | Description | Professional | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 11/20/2024 | | Preparation of 2019 working trial balance (tax work-papers). | R. Coats | 2.6 | $385 | $1,001.00 |
| 11/20/2024 | | Preparation of 2018 Federal and California Corporation income tax returns. | R. Coats | 2.7 | $385 | $1,039.50 |
| 11/27/2024 | | Prepared fax cover sheets for faxing copy of 2021 - 2023 tax returns to IRS Special Procedures. | R. Coats | 0.2 | $385 | $77.00 |
| 1/27/2025 | | Request Forms 1 & 2 for tax return preparation | L. Lee | 0.1 | $440 | $44.00 |
| 4/23/2025 | | Preparation of tax workpapers for 2019 income tax returns. | R. Coats | 2.4 | $395 | $948.00 |
| 4/23/2025 | | Preparation of 2019 Federal and California Corporation income tax returns. | R. Coats | 1.6 | $395 | $632.00 |
| 5/6/2025 | | Reviewing 2018 and 2019 workpapers and tax returns. | J. Menchaca | 4.3 | $585 | $2,515.50 |
| 5/6/2025 | | Preparation of tax workpapers for 2020 income tax returns. | R. Coats | 3.0 | $395 | $1,185.00 |
| 5/7/2025 | | Preparation of 2020 Federal and California Corporation income tax returns. | R. Coats | 2.0 | $395 | $790.00 |
| 5/7/2025 | | Preparation of tax workpapers for 2021 income tax returns. | R. Coats | 1.5 | $395 | $592.50 |
| 5/7/2025 | | Preparation of 2021 Federal and California Corporation income tax returns. | R. Coats | 1.2 | $395 | $474.00 |
| 5/7/2025 | | Preparation of tax workpapers for 2022 income tax returns. | R. Coats | 1.7 | $395 | $671.50 |
| 5/29/2025 | | Preparation of 2022 Federal and California Corporation income tax returns. | R. Coats | 1.5 | $395 | $592.50 |
| 5/29/2025 | | Preparation of tax workpapers for 2023 income tax returns. | R. Coats | 1.3 | $395 | $513.50 |
| 5/29/2025 | | Preparation of 2023 Federal and California income tax returns. | R. Coats | 1.2 | $395 | $474.00 |
| 5/30/2025 | | Preparation of tax workpapers for 2024 income tax returns. | R. Coats | 1.5 | $395 | $592.50 |
| 5/30/2025 | | Preparation of 2024 Federal and California Corporation income tax returns. | R. Coats | 1.0 | $395 | $395.00 |
| 6/11/2025 | | Printed 2019 - 2021 income tax returns for JM signature. | R. Coats | 1.2 | $395 | $474.00 |
| 6/20/2025 | | Mailed 2019 - 2021 income tax returns to Internal Revenue Service and Franchise Tax Board using certified mail. | R. Coats | 0.8 | $395 | $316.00 |
| 8/13/2025 | | Set up 2022 - 2024 income tax returns for electronic filing. | R. Coats | 2.5 | $395 | $987.50 |

EXHIBIT "A"

| Date | Service | Description | Professional | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 8/14/2025 | | Reviewing and signing tax returns, 2022 through 2024. | J. Menchaca | 2.6 | $585 | $1,521.00 |
| 1/8/2026 | | Correspondence with Trustee requesting Forms 1 & 2 through 12/31/25. | L. Lee | 0.1 | $440 | $44.00 |
| 4/15/2026 | | Prepared and e-filed 2025 Federal extension with Internal Revenue Service. | R. Coats | 0.4 | $395 | $158.00 |
| 4/22/2026 | | Reviewing Motion and Order for tax treatment. | J. Menchaca | 0.4 | $585 | $234.00 |
| 4/23/2026 | | Review business records for tax return preparation | J. Sumpter | 0.3 | $585 | $175.50 |
| 5/13/2026 | | C Corp Tax Return Preparation. Review and analsysis of forms 1 and 2. | A. Okubo | 1.6 | $440 | $704.00 |
| 5/18/2026 | | C Corp Tax Return Preparation. Updating workpapers and tax returns. Preparing letters to the Internal Revenue Service and Franchise Tax Board  bankruptcy special procedures and filing instructions. | A. Okubo | 1.7 | $440 | $748.00 |
| 5/19/2026 | | C Corp Tax Return Preparation. Finalizing workpapers and tax returns. Preparing returns and letters for signature and electronic filing. | A. Okubo | 1.6 | $440 | $704.00 |
| 5/19/2026 | | Reviewing work papers and tax returns. | J. Menchaca | 1.4 | $585 | $819.00 |
| 5/19/2026 | | Reviewing revisions to work papers and tax returns. | J. Menchaca | 0.8 | $585 | $468.00 |
| 5/19/2026 | | Reviewing and signing tax returns. | J. Menchaca | 1.3 | $585 | $760.50 |
| 5/26/2026 | | Finalize and file bankruptcy tax returns with IRS and FTB. Fax and mail out tax returns to IRS and FTB bankruptcy special procedures | A. Okubo | 1.2 | $440 | $528.00 |

|  | Subtotal: | 56.6 | | $24,605.50 |
|---|---|---|---|---|
|  | Total Fees: | 68.6 | | $30,968.50 |
|  | Blended Rate: | | | $451 |

**Expenses**

| | | Description | | | | |
|---|---|---|---|---|---|---|
| 6/12/2025 | FedEx | 2019 - 2021 income tax returns to Trustee for signatures. | | 1 | | $31.65 |
| 6/20/2025 | Postage | Postage - 2019 - 2021 tax returns to Internal Revenue Service and Franchise Tax Board using certified mail. | | 1 | | $38.58 |

EXHIBIT "A"

| Date | Service | Description | Professional | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| 5/26/2026 | Postage | Finalize and file bankruptcy tax returns with IRS and FTB. Fax and mail out tax returns to IRS and FTB bankruptcy special procedures. | | 1 | | $12.42 |
| 5/26/2026 | Copies | Finalize and file bankruptcy tax returns with IRS and FTB. Fax and mail out tax returns to IRS and FTB bankruptcy special procedures. | | 42 | $0.20 | $8.40 |
| 5/26/2026 | CompFileFee | efile 2025 federal and ca tax return | | 4 | $120.00 | $480.00 |
| 5/26/2026 | Other Ch. 7 Expenses | fax 2025 federal fed return to Internal Revenue Service  bk unit | | 18 | $0.10 | $1.80 |
| 5/26/2026 | Docusign | DocuSign Software at $4.80 per year for 2022, 2023, 2024 and 2025. | | 4 | $4.80 | $19.20 |

**Total Expenses:** $592.05

**Combined Total:** $31,560.55

**EXHIBIT "A"**

**Bankruptcy Estate of Interworks Unlimited Inc.**
**Filing: 2:19-bk-17990-VZ**
**Professional Activity Summary**

| Service | Professional | Hours | Rate | Fees |
|---|---|---|---|---|
| **Employment and Fee Applications:** | | | | |
| | Managing Director | | | |
| | J. Sumpter | 4.0 | $570 | $2,280.00 |
| | J. Sumpter | 4.1 | $585 | $2,398.50 |
| | Manager | | | |
| | L. Lee | 2.1 | $425 | $892.50 |
| | L. Lee | 1.8 | $440 | $792.00 |
| | **Subtotal:** | **12.0** | | **$6,363.00** |
| **Tax:** | | | | |
| | Managing Partner | | | |
| | J. Menchaca | 10.8 | $585 | $6,318.00 |
| | Managing Director | | | |
| | J. Sumpter | 0.3 | $585 | $175.50 |
| | Manager | | | |
| | A. Okubo | 6.1 | $440 | $2,684.00 |
| | Manager | | | |
| | L. Lee | 0.2 | $440 | $88.00 |
| | Senior Tax Specialist | | | |
| | R. Coats | 14.4 | $385 | $5,544.00 |
| | R. Coats | 24.8 | $395 | $9,796.00 |
| | **Subtotal:** | **56.6** | | **$24,605.50** |
| | **Total Fees:** | **68.6** | | **$30,968.50** |
| | **Blended Rate:** | | | **$451** |

**EXHIBIT "B"**

**Bankruptcy Estate of Interworks Unlimited Inc.**
**Filing: 2:19-bk-17990-VZ**
**Monthly Summary of Fees**

|  | Aug 2024 | Sept 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | SubTotal |
|---|---|---|---|---|---|---|---|
| Employment and Fee Applications: | $2,545.50 | $627.00 | • | • | • | • | $3,172.50 |
| Tax: |  |  | $924.00 | $4,620.00 |  | $44.00 | $5,588.00 |
|  | $2,545.50 | $627.00 | $924.00 | $4,620.00 | $0.00 | $44.00 | $8,760.50 |

|  | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | June 2025 | July 2025 | SubTotal |
|---|---|---|---|---|---|---|---|
| Employment and Fee Applications: | • | • | • | • | • | • | $0.00 |
| Tax: |  |  | $1,580.00 | $8,796.00 | $790.00 |  | $11,166.00 |
|  | $0.00 | $0.00 | $1,580.00 | $8,796.00 | $790.00 | $0.00 | $11,166.00 |

|  | Aug 2025 | Sept 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | SubTotal |
|---|---|---|---|---|---|---|---|
| Employment and Fee Applications: | • | • | • | • | • | • | $0.00 |
| Tax: | $2,508.50 |  |  |  |  | $44.00 | $2,552.50 |
|  | $2,508.50 | $0.00 | $0.00 | $0.00 | $0.00 | $44.00 | $2,552.50 |

|  | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | SubTotal | TOTAL |
|---|---|---|---|---|---|---|
| Employment and Fee Applications: | • | • | $1,404.00 | $1,786.50 | $3,190.50 | $6,363.00 |
| Tax: |  |  | $567.50 | $4,731.50 | $5,299.00 | $24,605.50 |
|  | $0.00 | $0.00 | $1,971.50 | $6,518.00 | $8,489.50 | $30,968.50 |

**EXHIBIT "C"**

# EXHIBIT D

# MENCHACA & COMPANY LLP
# FIRM PROFILE

Menchaca & Company LLP is a firm of certified public accountants servicing clients throughout the Los Angeles metropolitan areas as well as other locations within California and the United States. Commercial experience includes primarily mid-sized companies with sales volume in the $5 million to $100 million range as well as partnerships, joint ventures and other business-oriented operations. In addition to accounting and tax preparation services, the firm provides services in all areas of business and financial consulting and tax planning.

Menchaca & Company LLP has a large segment of its practice concentrated in specialized areas of receiverships, investigative accounting, bankruptcy and litigation support. Menchaca & Company LLP has been appointed as professional accountants for Trustees and receivers and to assist in reorganizations, liquidations, tax research, planning, consultation and preparation, investigation accounting and other bankruptcy matters for numerous cases. John J. Menchaca, Managing Partner of the firm, serves as a Panel Trustee on the Central District of California Interim Panel of U.S. Bankruptcy Trustees.

# MENCHACA & COMPANY LLP PERSONNEL

*JOHN J. MENCHACA-CPA, MS TAXATION, CIRA* (MANAGING PARTNER / CHAPTER 7 TRUSTEE / CHAPTER 11 TRUSTEE) Mr. Menchaca has over 25 years of experience in public accounting. He has significant tax consulting and tax compliance experience in corporate, partnership, Limited Liability Company, Limited Liability Partnership and individual taxation, at both the federal and state levels. Mr. Menchaca's corporate tax experience includes closely held corporations, publicly traded multi-state corporate consolidations and S corporations. His experience also includes tax structuring of complex business transactions, form of ownership determinations, corporate and partnership reorganizations and restructurings, dischargeability of taxes in bankruptcy and dealing with tax issues related to Chapter 7 and Chapter 11 bankruptcy filings. He has also been successfully involved with Internal Revenue and Franchise Tax Board protest and audit defense. Mr. Menchaca is also a Chapter 7 Panel Trustee for the Central District of California.

Mr. Menchaca also specializes in forensic accounting, fraud investigations, litigation support and expert witness services, business restructuring, *real* estate sales, Chapter 11 plan feasibility and liquidation analysis, solvency analysis, claim resolutions. business valuations, taxation, avoidable transfers, recoveries, asset tracing and bankruptcy case administration.

Prior to forming his own firm, Mr. Menchaca was a Principal with Vasquez & Company LLP for six years. Mr. Menchaca was also with the international accounting firm of Ernst & Young LLP for 14 years. While with Ernst & Young LLP, Mr. Menchaca provided financial, accounting and tax services to middle market privately held and publicly traded companies with revenues of up to $250 million.

Mr. Menchaca serves on the USC / Kenneth Leventhal School of Accounting Board of Advisors. He is a member of the National Association of Bankruptcy Trustees, American Bankruptcy Institute, Los Angeles Bankruptcy Forum, Association of Insolvency and Restructuring Advisors, American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

Mr. Menchaca graduated with a Bachelor of Science in Business Administration with an emphasis in Accounting from the University of Southern California and received a Master of Science in Taxation from Golden Gate University.

*JEFFREY L. SUMPTER, CPA, ESQ.* (MANAGING DIRECTOR / LITIGATION SUPPORT SERVICES) Mr. Sumpter has been a licensed attorney for over 25 years, is a member of the California Bar and has been a certified public accountant for over 30 years, licensed in the states of Arizona and Nevada, with privileges to practice in California. He specializes in forensic accounting, fraud investigations, litigation support and expert witness services, business restructuring, real estate sales, Chapter 11 plan feasibility and liquidation analysis, solvency analysis, claim resolutions. business valuations, taxation, avoidable transfers, recoveries, asset tracing and bankruptcy case administration. He has experience working in the spheres of real estate development, manufacturing, retail, transportation, telecommunications, construction, banking, government trusts, restaurants, medical providers, hotels, gaming, insurance, entertainment and environmental.   Mr. Sumpter has extensive experience in fiduciary administration, forensic investigations, business restructuring, and litigation consultation services in over 10,000 cases involving bankruptcy administration, receiverships, fraud, business sale transactions, turnarounds, distressed business valuations, wage and hour disputes, records reconstruction, accounting irregularities, breaches of fiduciary duty, fraudulent transfers, insolvency, punitive damages. Ponzi schemes and contract disputes. He has represented businesses in out-of-court resolutions as well as creditors, trustees, committees, and debtors in bankruptcy proceedings. He has been appointed as a Chapter 11 trustee and examiner in Phoenix, Arizona, and has been engaged by school districts, real estate developers, hotels, casinos, insurance carriers, banks, trusts and pension, health and welfare plans in California, Nevada, and Arizona for audit, tax, contract compliance, and forensic investigation engagements.

*LINDA LEE, CPA, CFE, CIRA* (MANAGER / LITIGATION SUPPORT SERVICES) Ms. Lee is a certified public accountant licensed in the states of California and Arizona, a Certified Fraud Examiner and a Certified Insolvency and Restructuring

Advisor. Her core practice is in forensic accounting, asset identification and tracing, records reconstruction, avoidable transfer analysis, fraud investigations, litigation support and consulting. She began her work in public accounting in 2007 in financial auditing, and has performed various services including forensic analysis, valuation, litigation support, auditing and reporting functions. In addition, she has over 20 years of experience in manufacturing, encompassing all aspects of production and operations. Ms. Lee earned a Bachelor of Science in Textile Science from Penn State University, and subsequently earned a Certificate in Professional Accounting from Santa Monica College. She was the Vice President of Operations for a start-up factor serving the garment industry.

*EDWARD A. ALVARADO – AVA. CFE* – (VALUATION & LITIGATION CONSULTANT) Edward A. Alvarado is the owner of the Valuation and Litigation Support Services firm of Alvarado Consulting, Inc. Mr. Alvarado has over fifteen years of litigation and consulting experience providing damage analysis involving economic, accounting and financial issues in a variety of cases including fraud, unfair business competition, patent, copyright and trademark infringement, breach of contract, accounting and attorney malpractice, antitrust and construction.

*TOSHIHIRO A. OKUBO – CPA* – (MANAGER) Mr. Okubo graduated from California State University, Los Angeles with a Bachelor of Science in Business Administration in September 1992 and graduated from University of Southern California with a Master of Business Taxation in May, 1998. Mr. Okubo has financial and tax consulting experience with both local and big four accounting firms.

*ROBERT P. COATS* – (SENIOR ACCOUNTANT) Mr. Coats hold a Bachelor of Science Degree in Accounting from California State University, Los Angeles. Mr. Coats has 20 years of tax preparation experience for individuals and corporations and 14 years of experience preparing Chapter 7 and Chapter 11 bankruptcy estate tax returns. He is familiar with all areas of bankruptcy tax and accounting issues. Mr. Coats has tax experience with both local and big four accounting firms.

*SCOTT M. MCLEAN* – (SENIOR ACCOUNTANT) Mr. McLean graduated from California State Polytechnic University, Pomona with a Bachelor of Science in Accounting/Business Administration with an emphasis in Taxation. Mr. Mc Lean is familiar with all areas of bankruptcy tax and has experience in providing a full range of accounting services, including all aspects of Taxation.

*IMELDA GAETA* – (PARAPROFESSIONAL) Ms. Gaeta has worked as a Bankruptcy Trustee Administrator since 1997. Ms Gaeta has completed course work at Pasadena Community College and is the Secretary of the Trustee Administrators' Group (TAG).

| In re: INTERWORKS UNLIMITED, INC., | CHAPTER 7 |
| --- | --- |
| Debtor(s). | CASE NUMBER 2:19-bk-17990-VZ |

**NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
835 Wilshire Blvd., Ste. 300, Los Angeles, CA 90017

A true and correct copy of the foregoing document described:
**FINAL APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES OF MENCHACA & COMPANY, LLP AS FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE; DECLARATIONS OF JEFFREY L. SUMPTER AND TRUSTEE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 2, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Todd M Arnold**   tma@lnbyg.com
- **Mark David Brutzkus**   mbrutzkus@stubbsalderton.com
- **Glenn Ward Calsada**   glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,lauren@calsadalaw.com
- **Gretchen S Carner**   gretchens.carner@clydeco.us, kathy.rollins@clydeco.us
- **Michael G D'Alba**   mgd@lnbyg.com
- **Michael W Davis**   mdavis@dtolaw.com, ygodson@dtolaw.com
- **Sandford L. Frey**   sandford.frey@stinson.com, lydia.moya@stinson.com;robyn.sokol@stinson.com;dennette.mulvaney@stinson.com;jnaiya.herd@stinson.com
- **James Andrew Hinds**   jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Peter L Isola**   pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com
- **Steven N Kurtz**   skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Harlan M Lazarus**   hlazarus@lazarusandlazarus.com, ctoth@lazarusandlazarus.com
- **Jared H Louzon**   jared@mizlegal.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Tom Roddy Normandin**   tnormandin@pnbd.com, cathyjones@pnbd.com
- **Jiangang Ou**   James.Ou@FisherBroyles.com
- **Michael J Perry**   mjp@michaeljperrylaw.com, mjperrylaw@gmail.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

| In re: INTERWORKS UNLIMITED, INC., | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:19-bk-17990-VZ |

- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Scott H Siegel**   ssiegel@laklawyers.com, smcfadden@laklawyers.com
- **David G Skillman**   dskillman@tuttleyick.com
- **Jeffrey L Sumpter**   jsumpter1@cox.net
- **Ashley M Teesdale**   ateesdale@bg.law, ecf@bg.law
- **David A. Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Rebecca L Wilson**   rwilson@ohaganmeyer.com, Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com
- **Edward M Wolkowitz**   emw@lnbyg.com
- **Edward M Wolkowitz (TR)**   emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com

- **Jared D Bissell**   jared.bissell@troutman.com, carla.llarena@troutman.com;LitigationDocketRequests@troutman.com;LitigationDocket@troutman.com
- **E. Christine Hehir**   christine.hehir@troutman.com, LitigationDocketRequests@troutman.com;Carla.Llarena@troutman.com;Hilary.Barton@troutman.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicatXCe method for each person or entity served):**
On ___Juner 2, 2026_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Interworks Unlimited, Inc.
2418 Peck Road
City of Industry, CA 90601-1604

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re: **INTERWORKS UNLIMITED, INC.,** | **CHAPTER 7** |
|---|---|
| Debtor(s). | **CASE NUMBER 2:19-bk-17990-VZ** |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 2, 2026 | Jeffrey Sumpter | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

**This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.**

*January 2009*                                                                       **F 9013-3.1**