EDWARD M. WOLKOWITZ (SBN 068298)
2818 La Cienega Avenue
Los Angeles, CA 90034
emw@lnbyg.com
Telephone: (310) 229-3364
Facsimile: (310) 229-1244

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>Interworks Unlimited Inc<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:19-bk-17990-VZ<br><br>Chapter  07<br><br>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT AND NOTICE TO PROFESSIONALS TO FILE FINAL APPLICATIONS FOR COMPENSATION<br><br>(No Hearing Required) |
|---|---|---|

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, THE

UNITED STATES TRUSTEE, THE ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL

PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO

THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final

Report and Account.

Professional persons are notified that the last day for filing applications for compensation

is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule

2016-1(c)(4)(d).

DATED:  July 29, 2026

*Edward M. Wolkowitz, Ch. 7 Trustee*
EDWARD M. WOLKOWITZ,
Chapter 7 Trustee

| In re<br>Interworks Unlimited Inc<br><br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 2:19-bk-17990-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:2818 La Cienega Avenue, Los Angeles, CA 90034. The foregoing document described **Notice of Intent to File Final Report and Account and Notice to Professionals to file Applications for Compensation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On July 29, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- **Todd M Arnold**    tma@lnbyg.com
- **Mark David Brutzkus**    mbrutzkus@stubbsalderton.com
- **Glenn Ward Calsada**    glenn@calsadalaw.com, lnw@calsadalaw.com;glenncalsada@gmail.com,lauren@calsadalaw.com
- **Gretchen S Carner**    gretchens.carner@clydeco.us, kathy.rollins@clydeco.us
- **Michael G D'Alba**    mgd@lnbyg.com
- **Michael W Davis**    mdavis@dtolaw.com, ygodson@dtolaw.com
- **Sandford L. Frey**    sandford.frey@stinson.com, lydia.moya@stinson.com;robyn.sokol@stinson.com;dennette.mulvaney@stinson.com;jnaiya.herd@stinson.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Peter L Isola**    pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com
- **Steven N Kurtz**    skurtz@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com
- **Harlan M Lazarus**    hlazarus@lazarusandlazarus.com, ctoth@lazarusandlazarus.com
- **Jared H Louzon**    jared@mizlegal.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Tom Roddy Normandin**    tnormandin@pnbd.com, cathyjones@pnbd.com
- **Jiangang Ou**    James.Ou@FisherBroyles.com
- **Michael J Perry**    mjp@michaeljperrylaw.com, mjperrylaw@gmail.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Scott H Siegel**    ssiegel@laklawyers.com, smcfadden@laklawyers.com
- **David G Skillman**    dskillman@tuttleyick.com
- **Jeffrey L Sumpter**    jsumpter1@cox.net
- **Ashley M Teesdale**    ateesdale@bg.law, ecf@bg.law
- **David A. Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Rebecca L Wilson**    rwilson@ohaganmeyer.com, Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com
- **Edward M Wolkowitz**    emw@lnbyg.com
- **Edward M Wolkowitz (TR)**    emwtrustee@lnbyg.com, ecf.alert+Wolkowitz@titlexi.com

Service information continued on attached page

**II. SERVED BY U.S. MAIL:**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1 PROOF OF SERVICE

*Jun 2016*

On July 29, 2026 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Interworks Unlimited Inc.**
2418 Peck Road
City of Industry, CA 90601

**CBIZ Valuation Group**
4722 N 24th Street, Suite 300
Phoenix, AZ  85016

**Menchaca & Company LLP**
835 Wilshire Blvd., Suite 300
Los Angeles, CA  90017

**Hon. Vicent P. Zurzolo**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on July 29, 2026 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2026 | Rick Rodriguez | /s/ Rick Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |