EDWARD M. WOLKOWITZ (SBN 068298)
2818 La Cienega Avenue
Los Angeles, CA 90034
emw@lnbyg.com
Telephone: (310) 229-3364
Facsimile: (310) 229-1244

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-17990-VZ |
| Interworks Unlimited Inc | Chapter 7 |
| Debtor(s). | REQUEST FOR COURT COSTS |
| | [No Hearing Required] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned Trustee is prepared to file a Final Report and Account and requests that

the Clerk of the Court provide the court costs that have been incurred in this case.  Said sum will

be included in the Final Report and Account.

DATED: July 29, 2026

*Edward M. Wolkowitz, Ch. 7 Trustee*
EDWARD M. WOLKOWITZ,
Chapter 7 Trustee