United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 19-17990-VZ

Interworks Unlimited Inc.                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 30, 2026 | Form ID: van191 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

**Recip ID**          **Recipient Name and Address**
db               + Interworks Unlimited Inc., 2418 Peck Road, City of Industry, CA 90601-1604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:

**Name**          **Email Address**

Ashley M Teesdale
    on behalf of Defendant Chu Ting Lu ateesdale@bg.law  ecf@bg.law

Ashley M Teesdale
    on behalf of Defendant F & J Group  LLC ateesdale@bg.law, ecf@bg.law

Ashley M Teesdale
    on behalf of Defendant Eric H. Lu ateesdale@bg.law  ecf@bg.law

Ashley M Teesdale
    on behalf of Defendant Timo Group  Inc. ateesdale@bg.law, ecf@bg.law

Ashley M Teesdale
    on behalf of Defendant Tom Rosenbaum ateesdale@bg.law  ecf@bg.law

Ashley M Teesdale
    on behalf of Defendant Esther Kim ateesdale@bg.law  ecf@bg.law

District/off: 0973-2                          User: admin                                    Page 2 of 3

Date Rcvd: Jul 30, 2026                       Form ID: van191                               Total Noticed: 1

David A. Tilem
on behalf of Defendant Steven Leung davidtilem@tilemlaw.com
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com

David A. Tilem
on behalf of Interested Party Courtesy NEF davidtilem@tilemlaw.com
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcase.com

David G Skillman
on behalf of Interested Party Courtesy NEF dskillman@tuttleyick.com

Edward M Wolkowitz
on behalf of Interested Party Courtesy NEF emw@lnbyg.com

Edward M Wolkowitz (TR)
emwtrustee@lnbyg.com ecf.alert+Wolkowitz@titlexi.com

Glenn Ward Calsada
on behalf of Defendant Hai Ou Yang glenn@calsadalaw.com
lnw@calsadalaw.com;glenncalsada@gmail.com,lauren@calsadalaw.com

Gretchen S Carner
on behalf of Interested Party Federal Insurance Company  an Indiana Corporation gretchens.carner@clydeco.us,
kathy.rollins@clydeco.us

Harlan M Lazarus
on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company hlazarus@lazarusandlazarus.com,
ctoth@lazarusandlazarus.com

Harlan M Lazarus
on behalf of Creditor Digital Gadgets  LLC hlazarus@lazarusandlazarus.com, ctoth@lazarusandlazarus.com

James Andrew Hinds, Jr
on behalf of Creditor Vecron Exim Ltd. jhinds@hindslawgroup.com;mduran@hindslawgroup.com mduran@hindslawgroup.com

James Andrew Hinds, Jr
on behalf of Interested Party Courtesy NEF jhinds@hindslawgroup.com;mduran@hindslawgroup.com
mduran@hindslawgroup.com

Jared H Louzon
on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company jared@mizlegal.com

Jeffrey L Sumpter
on behalf of Trustee Edward M Wolkowitz (TR) jsumpter1@cox.net

Jeffrey L Sumpter
on behalf of Financial Advisor CBIZ Valuation Group  LLC. jsumpter1@cox.net

Jeffrey L Sumpter
on behalf of Financial Advisor Menchaca & Company LLP jsumpter1@cox.net

Jeffrey L Sumpter
on behalf of Financial Advisor CBIZ Valuation Group LLC jsumpter1@cox.net

Jiangang Ou
on behalf of Defendant New High-Tech Enterprise Company  Inc. James.Ou@FisherBroyles.com

Joseph M Rothberg
on behalf of Plaintiff Edward M. Wolkowitz jmr@lnbyg.com  jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
on behalf of Trustee Edward M Wolkowitz (TR) jmr@lnbyg.com  jmr.LNBYG@ecf.inforuptcy.com

Kurt Ramlo
on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik, L.L.P. RamloLegal@gmail.com,
kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Plaintiff Edward M. Wolkowitz RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Plaintiff Edward M Wolkowitz RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Trustee Edward M Wolkowitz (TR) RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Mark David Brutzkus
on behalf of Creditor Digital Gadgets  LLC mbrutzkus@stubbsalderton.com

District/off: 0973-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 30, 2026                       Form ID: van191                                Total Noticed: 1

Mark David Brutzkus
                   on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company mbrutzkus@stubbsalderton.com

Michael G D'Alba
                   on behalf of Plaintiff Edward M. Wolkowitz mgd@lnbyg.com

Michael G D'Alba
                   on behalf of Trustee Edward M Wolkowitz (TR) mgd@lnbyg.com

Michael J Perry
                   on behalf of Defendant New High-Tech Enterprise Company  Inc. mjp@michaeljperrylaw.com, mjperrylaw@gmail.com

Michael W Davis
                   on behalf of Creditor Digital Gadgets  LLC mdavis@dtolaw.com, ygodson@dtolaw.com

Noreen A Madoyan
                   on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Peter L Isola
                   on behalf of Defendant The Lincoln National Life Insurance Company  an Indiana Corporation pisola@hinshawlaw.com,
                   rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com

Peter L Isola
                   on behalf of Creditor The Lincoln National Life Insurance Company pisola@hinshawlaw.com
                   rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com

Rebecca L Wilson
                   on behalf of Creditor Sheri Wade rwilson@ohaganmeyer.com  Kathy.powell@kutakrock.com;wendy.bonsall@kutakrock.com

Sandford L. Frey
                   on behalf of Debtor Interworks Unlimited Inc. sandford.frey@stinson.com
                   lydia.moya@stinson.com;robyn.sokol@stinson.com;dennette.mulvaney@stinson.com;jnaiya.herd@stinson.com

Scott H Siegel
                   on behalf of Interested Party Courtesy NEF ssiegel@laklawyers.com  smcfadden@laklawyers.com

Steven N Kurtz
                   on behalf of Interested Party Courtesy NEF skurtz@lakklawyers.com  ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Todd C. Ringstad
                   on behalf of Defendant Eric H. Lu becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
                   on behalf of Defendant Esther Kim becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
                   on behalf of Defendant Chu Ting Lu becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
                   on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com  arlene@ringstadlaw.com

Todd C. Ringstad
                   on behalf of Defendant Timo Group  Inc. becky@ringstadlaw.com, arlene@ringstadlaw.com

Todd M Arnold
                   on behalf of Plaintiff Edward M Wolkowitz tma@lnbyg.com

Todd M Arnold
                   on behalf of Defendant BANK OF AMERICA  N.A. tma@lnbyg.com

Todd M Arnold
                   on behalf of Plaintiff Edward M. Wolkowitz tma@lnbyg.com

Todd M Arnold
                   on behalf of Defendant Capital One Bank (USA)  N.A. tma@lnbyg.com

Todd M Arnold
                   on behalf of Trustee Edward M Wolkowitz (TR) tma@lnbyg.com

Todd M Arnold
                   on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik, L.L.P. tma@lnbyg.com

Tom Roddy Normandin
                   on behalf of Defendant SOFTWARE PACKAGING ASSOCIATES  INC., also known as SPA Inc. tnormandin@pnbd.com,
                   cathyjones@pnbd.com

United States Trustee (LA)
                   ustpregion16.la.ecf@usdoj.gov


TOTAL: 56

| **United States Bankruptcy Court**<br>**Central District of California** | |
|---|---|
| In re:<br>Interworks Unlimited Inc. | CHAPTER NO.:  7 |
| | CASE NO.: 2:19–bk–17990–VZ |

## NOTICE OF COURT COSTS DUE

### To: Edward M. Wolkowitz

The following is a breakdown of the court costs that have been incurred in this CHAPTER SEVEN (7) case. This information is provided to complete the Trustee's Final Report; Application for Trustee Fees and Expenses. No hearing has been set at this time.

COURT COSTS DUE:

| | | |
|---|---|---|
| Appeal $ | | |
| Certification $ | | |
| Complaint $ | 8,400.00 | |
| Conversion $ | | |
| Cross–Appeal $ | | |
| Notices (Estimated) $ | | |
| Photocopies $ | | |
| Reopening Fees $ | | |
| Search Fees $ | | |
| Other: $ | | |
| **Total of Court Costs Due $** | | |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy of this notice must be enclosed with your payment.

**United States Bankruptcy Court**
**255 E. Temple Street, Room 100, Los Angeles, CA 90012.**

For the Court
Dated: July 30, 2026

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Sandra Mohammad**
 **Deputy Clerk**

(Form rev. 10/2010) npcc–VAN191                                     **225 / SM2**